COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-002-CV

PRISCILLA PORRAS APPELLANT

V.

TEMPEST RECOVERY SERVICES, APPELLEE

INC. (SERVICING AGENT FOR

PREMIER AUTO FINANCE) 

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)
------------

On July 22, 2008, we notified Appellant Priscilla Porras that her brief did not comply with rules 9.4(h) and 38.1(a)–(j) of the Texas Rules of Appellate Procedure.
(footnote: 2)  
On August 12, 2008, we notified Appellant that her amended brief did not comply with rules 9.4(h) and 38.1(a), (d), (f), (g), (h), and (j).
(footnote: 3)  We allowed Appellant until August 22, 2008 to file a second amended brief that complied with the above rules.  We stated in our letter to Appellant that her failure to do so would result in our striking her brief and dismissing her appeal for want of prosecution.
(footnote: 4)  On August 25, 2008, we received Appellant’s second amended brief.  It does not comply with rules 38.1(a), (d), (f), and (h).
(footnote: 5)
 Accordingly, we strike Appellant’s brief and dismiss this appeal for want of prosecution.
(footnote: 6)
 PER CURIAM

PANEL:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  September 11, 2008

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.

2:
See
 Tex. R. App. P. 9.4(h), 38.1(a)–(j).

3:
See
 Tex. R. App. P. 9.4(h), 38.1(a), (d), (f), (g), (h), (j).

4:
See
 Tex. R. App. P. 38.8(a), 38.9(a), 42.3.

5:
See
 Tex. R. App. P. 38.1(a), (d), (f), (h).

6:
See
 Tex. R. App. P. 38.8(a), 42.3(b), (c).